LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE, | Case No. CIV.S.04-1359 MCE CMK |
| Plaintiff, | |
| v. | |
| EVERGREEN ORCHARD, LLC, et al., | **ORDER FOR DISMISSAL** |
| Defendants. | |

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S.04-1359 MCE CMK, is hereby dismissed with prejudice.

Dated: May 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE